## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>LEXMARK INTERNATIONAL INC.<br><br>        Defendant. | C.A. No. 1:12-cv-01272-SLR |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all claims between plaintiff Telecomm Innovations, LLC and defendant Lexmark International, Inc. in the above action are hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | DLA PIPER LLP (US) |
| /s/ *Richard C. Weinblatt* | /s/ *Denise S. Kraft* |
| Stamatios Stamoulis (#4606) | Denise Kraft (#2778) |
| Richard C. Weinblatt (#5080) | Aleine Porterfield (#5053) |
| Two Fox Point Centre | 919 N. Market Street, 15th Floor |
| 6 Denny Road, Suite 307 | Wilmington, DE  19801 |
| Wilmington, DE  19809 | (302) 468-5700 |
| (302) 999-1540 | (302) 394-2341 (f) |
| stamoulis@swdelaw.com | denise.kraft@dlapiper.com |
| weinblatt@swdelaw.com | aleine.porterfield@dlapiper.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

   IT IS SO ORDERED this _____ day of _____, 2013

   _____
   United States District Judge

EAST\56828582.1